# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23−mc−80041−LB

| | |
|---|---|
| In Re Motion To Quash Subpoena To Banneker Partners, LLC | Date Filed: 02/15/2023 |
| Assigned to: Magistrate Judge Laurel Beeler | Date Terminated: 03/09/2023 |
| Cause: Civil Miscellaneous Case | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Petitioner**

**Banneker Partners, LLC**      represented by      **Brandon Keith Franklin**
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
415−858−7461
Email: BFranklin@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Martin**
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
415−858−7442
Email: dpmartin@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Symone Miranda**
Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA 94111
(415) 858−7454
Email: emiranda@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Maybee**
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
415−858−7424
Email: jmaybee@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Alan Patchen**
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
415−858−7594

Email: jpatchen@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simona Alessandra Agnolucci**
Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA 94111
(415) 858–7447
Fax: (415) 858–7599
Email: sagnolucci@willkie.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Milk Moovement, Inc.**

**Defendant**

**Milk Moovement, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2023 | Ï 1 | MOTION TO QUASH SUBPOENA against Milk Moovement, LLC, Milk Moovement, Inc. ( Filing fee $ 49, receipt number ACANDC−17993942.). Filed by Banneker Partners, LLC. (Attachments: # 1 Declaration of Brandon K. Franklin in Support of Banneker Partners, LLC's Motion to Quash Subpoena from Milk Moovement, Inc. and Milk Moovement, LLC, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Proposed Order, # 18 Banneker Partners, LLC's Certification of Conflicts and Interested Entities or Persons, # 19 Civil Cover Sheet)(Agnolucci, Simona) (Filed on 2/15/2023) Modified on 2/16/2023 (cjl, COURT STAFF). (Entered: 02/15/2023) |
| 02/16/2023 | Ï 2 | Case assigned to Magistrate Judge Laurel Beeler.<br><br>(jrs, COURT STAFF) (Filed on 2/16/2023) (Entered: 02/16/2023) |
| 02/16/2023 | Ï 3 | CERTIFICATE OF SERVICE by Banneker Partners, LLC re 1 MOTION to Quash (Agnolucci, Simona) (Filed on 2/16/2023) (Entered: 02/16/2023) |
| 02/21/2023 | Ï 4 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Banneker Partners, LLC.. (Agnolucci, Simona) (Filed on 2/21/2023) (Entered: 02/21/2023) |
| 02/21/2023 | Ï 5 | CERTIFICATE OF SERVICE by Banneker Partners, LLC re 4 Consent/Declination to Proceed Before a US Magistrate Judge (Agnolucci, Simona) (Filed on 2/21/2023) (Entered: 02/21/2023) |
| 03/01/2023 | Ï 6 | **Order by Magistrate Judge Laurel Beeler denying 1 Motion to Quash without prejudice. (Attachments: # 1 Standing Order)**<br><br>(lblc2, COURT STAFF) (Filed on 3/1/2023) (Entered: 03/01/2023) |
| 03/02/2023 | Ï 7 | |

| | | |
|---|---|---|
| | | **ORDER. On reconsideration, the court will allow the ordinary motion briefing schedule. Under the local rules, the opposition would have been due yesterday (absent the meet–and–confer order), but Milk Moovement has not appeared yet. Under the circumstances, the court asks Banneker to confer with Milk Moovement about its appearance. (lblc1, COURT STAFF) (Filed on 3/2/2023) (Entered: 03/02/2023)** |
| 03/03/2023 | Ï 8 | CERTIFICATE OF SERVICE by Banneker Partners, LLC re 6 Order on Motion to Quash (Agnolucci, Simona) (Filed on 3/3/2023) (Entered: 03/03/2023) |
| 03/03/2023 | Ï 9 | CERTIFICATE OF SERVICE by Banneker Partners, LLC re 7 Order, (Agnolucci, Simona) (Filed on 3/3/2023) (Entered: 03/03/2023) |
| 03/08/2023 | Ï 10 | Joint Stipulation to Transfer Venue and [Proposed] Order filed by Banneker Partners, LLC, Milk Moovement, Inc. and Milk Moovement, LLC. (Agnolucci, Simona) (Filed on 3/8/2023) Modified on 3/9/2023 (cjl, COURT STAFF). (Entered: 03/08/2023) |
| 03/09/2023 | Ï 11 | **Order by Magistrate Judge Laurel Beeler granting 10 Stipulation to Transfer Venue. (ejk, COURT STAFF) (Filed on 3/9/2023) (Entered: 03/09/2023)** |