J. Noah Hagey, Esq. (SBN: 262331)
 hagey@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice forthcoming*)
 curran@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Defendants Milk Moovement, Inc.
and Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNEKER PARTNERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-MC-110-WBS-AC<br>Related Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENT**<br><br>Date: April 26, 2023<br>Time: 10:00 am<br>Ctrm: 26, 8th Floor<br>Judge: Hon. Allison Claire<br><br>**Case Transferred:** March 10, 2023 |

The Court, having considered Milk Moovement's Undisputed Motion for Administrative Relief, and good cause appearing therefore, hereby orders as follows:

The motion is **GRANTED**. The deadline for Milk Moovement and Banneker Partners, LLC to submit a joint statement regarding Milk Moovement's Motion to Compel Production of

Documents and Testimony in Response to Subpoena (ECF No. 16) is hereby extended to April 19, 2023.

**IT IS SO ORDERED.**

Dated: April 12, 2023

_____
Honorable Allison Claire
United States Magistrate Judge