J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Defendants Milk Moovement, Inc.
and Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNEKER PARTNERS, LLC<br><br>Plaintiff,<br>vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-MC-110-WBS-AC<br>Related Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MILK MOOVEMENT, INC.'S AND MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS**<br><br>**Date:** July 5, 2023<br>**Time:** 10:00 am<br>**Ctrm:** 26, 8th Floor<br>**Judge:** Hon. Allison Claire<br><br>**Case Transferred:** March 10, 2023 |

**[PROPOSED] ORDER**

Having considered Defendants Milk Moovement, Inc.'s and Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.01-.05 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE